IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff/Respondent,

v.                                              CIV 05-0974 LH/LAM
                                                  CR 01-1309 LH

DANNY RAY CERVANTES,

        Defendant/Movant.

### ORDER DENYING *MOTION REQUESTING THAT THE DEFEDANT['S] 28 U.S.C. § 2255 MOTION FILED IN 2004 BE SEALED (Doc. 26)*

**THIS MATTER** is before the Court on Defendant/Movant's *Motion Requesting That the Defendant['s] 28 U.S.C. § 2255 Motion Filed in 2004 be Sealed* (Doc. 26),[1] filed on June 25, 2010. Defendant Movant gives no grounds for his request to seal his *Motion Pursuant to 28 U.S.C. Motion 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody* (Doc. 1), other than stating that he is proceeding *pro se*. The Court reviewed Defendant/Movant's *Motion Pursuant to 28 U.S.C. Motion 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody* (Doc. 1) and finds no reason that it should be sealed. The Court, therefore, **FINDS** that Defendant/Movant's motion to seal his Section 2255 motion is not well-taken and should be **DENIED**.

**IT IS THEREFORE ORDERED** that Defendant/Movant Cervantes' *Motion Requesting That the Defendant['s] 28 U.S.C. § 2255 Motion Filed in 2004 be Sealed* (Doc. 26) is **DENIED**.

**IT IS SO ORDERED.**

                                                   *Lourdes A. Martinez*
                                                   **LOURDES A. MARTÍNEZ**
                                                   **UNITED STATES MAGISTRATE JUDGE**

---

[1] The Court notes that Defendant/Movant's Section 2255 motion was filed September 9, 2005, not in 2004. *See Motion Pursuant to 28 U.S.C. Motion 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 1)*.